In the Matter of the Claim of SUSAN SCOTT, Respondent, against U. S. O. CAMP SHOWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 12, 1949; decided March 3, 1949.

*Jeremiah F. Connor* and *George A. Garvey* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs, upon the ground that there is evidence to support the finding of the board that at the time of the accident the claimant had returned to her employment, and was in the course thereof. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.